UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

JESSICA HOPPLE,

                Plaintiff,          **DECISION AND ORDER**
                                              21-CV-805S

    v.

CAPITAL LINK MANAGEMENT LLC,

                Defendant.
───────────────────────────────

      Since its attorney withdrew in September 2022, Defendant has failed to retain counsel to defend this Fair Debt Collection Practices Act action, despite multiple opportunities to do so. Now before this Court is Plaintiff's motion for default judgment in her favor. (Docket No. 42.) Having fully considered the motion and the supporting submissions, this Court finds that default judgment should be entered against Defendant as requested.

      IT HEREBY IS ORDERED, that Plaintiff's motion for default judgment (Docket No. 42) is GRANTED. <p>

      FURTHER, that Plaintiff will be awarded $1,000 in statutory damages, pursuant to 15 U.S.C. § 1692k (a)(2)(A).<p>

      FURTHER, that Plaintiff will be awarded her reasonable attorney's fees and costs, pursuant to 15 U.S.C. § 1692k (a)(3), after submission of an appropriate fee request filed within 30 days of the entry date of this decision.<p>

1

FURTHER, that the Clerk of Court will be directed to enter judgment in Plaintiff's favor once reasonable attorney's fees have been determined.

SO ORDERED.


Dated:	March 7, 2023
	Buffalo, New York

<div style="text-align: right;">s/William M. Skretny
WILLIAM M. SKRETNY
United States District Judge</div>